IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

WALTER STOCKI,

        Plaintiff,

v.                                                  Civil Action No. 1:23-CV-00003
                                                      Honorable Thomas S. Kleeh

THE ESTATE OF PATRICK CUNNINGHAM;
FRANK CUNNINGHAM; and
DONNA COMBA,

        Defendants.

## AGREED DISMISSAL ORDER

The parties hereto, by and through their respective undersigned counsel, have advised the Court that the above-styled civil action has been compromised and settled in its entirety as to the claims asserted herein. Therefore, it is hereby **ORDERED** that this civil action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **REMOVED** from the docket of the Court, with all parties to bear their own court costs and attorneys' fees.

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

It is so **ORDERED**.

                                                        ENTER: September 5, 2023

                                                        */s/ Thomas S. Kleeh*
                                                       Honorable Thomas S. Kleeh

PREPARED AND SUBMITTED BY:

/s/ James A. Varner, Sr.

Debra Tedeschi Varner (WV State Bar #6501)
James A. Varner, Sr. (WV State Bar #3853)
Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 918-2840 / Fax: (304) 362-0124
*Counsel for Defendant, Frank Cunningham*

APPROVED BY:

/s/ David E. Goddard

David E. Goddard (WV State Bar #8090)
Goddard Law PLLC
7 Chenoweth Drive, Suite C
Bridgeport, WV 26330
Tel: (304) 933-1411 / Fax: (855) 329-1411
*Counsel for Plaintiff, Walter Stocki*

APPROVED BY:

/s/ D. Andrew McMunn

D. Andrew McMunn (WV State Bar #6076)
Steele McMunn PLLC
347 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 624-4004 / Fax: (304) 624-9334
*Counsel for Defendants,*
*The Estate of Patrick Cunningham,*
*and Donna Comba*

**AGREED DISMISSAL ORDER**
*Stocki v. The Estate of Patrick Cunningham, et al.*
U.S.D.C., N.D.W.Va. -- Civil Action No. 1:23-CV-00003

2